IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANDREW HOEL,<br><br>　　Plaintiff,<br><br>vs.<br><br>MATTHEW DOUGHERTY, NANCY DOUGHERTY, BEN WOODS, DEVON McCREA, FRED J. NELSON, JOHN DOTY, DICK WUNDERLICH, RON ROBERTS, R. JACK CLAPP, and JOHN DOES 1–5,<br><br>　　Defendants. | CV 25–138–M–DLC<br><br><br>ORDER |

Before the Court is Defendants Ben Woods and Devon McCrea's Unopposed Motion to Set Aside the Entry of Default. (Doc. 35.)

Accordingly, IT IS ORDERED that the Motion (Doc. 35) is GRANTED and the Entry of Default (Doc. 28) entered against Defendants Woods and McCrea is hereby set aside. Defendants Woods and McCrea shall respond to Plaintiff's Complaint by March 17, 2026.

DATED this 25th day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court

1