IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANDREW HOEL, | CV 25–138–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW DOUGHERTY, NANCY DOUGHERTY, BEN WOODS, DEVON McCREA, FRED J. NELSON, JOHN DOTY, DICK WUNDERLICH, RON ROBERTS, R. JACK CLAPP, and JOHN DOES 1–5, | |
| Defendants. | |

Defendants R. Jack Clapp, John Doty, Fred J. Nelson, Ron Roberts, and Dick Wunderlich (the "Board Members") have filed a renewed Motion to Dismiss (Doc. 52) following Plaintiff's filing of an Amended Complaint (Doc. 37). The Amended Complaint supersedes Plaintiff's original Complaint and, to the extent it attacks the original Complaint, moots the Board Members' first Motion to Dismiss. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Accordingly, IT IS ORDERED that the Board Members' first Motion (Doc. 21) is dismissed as MOOT. This Order has no bearing on the Board Members' renewed Motion to Dismiss Plaintiff's Amended Complaint (Doc. 52).

1

DATED this 9th day of April, 2026.


Dana L. Christensen, District Judge
United States District Court